UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA 18-00180M |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | ) ) | |
| MICHAEL GLENN OLSEN, | ) ) | |
| Defendant. | ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

<u>nature of current allegations, including multiple recent admitted uses of illegal drugs and failure to participate in required substance abuse treatment and failure to respond to Probation Officer</u>

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

C. *nature of current allegations, including multiple recent admitted uses of illegal drugs and failure to participate in required substance abuse treatment and failure to respond to Probation Officer*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 4-16-18

JOHN D. EARLY
United States Magistrate Judge